# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PETE N. VLASTARIS  Case Number: 06-70158
213 CONSTITUTION DRIVE
POPLAR GROVE, IL  61065

SSN-xxx-xx-9046

Case filed on: 2/9/2006
Plan Confirmed on: 8/21/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,050.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | PETE N. VLASTARIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 7,109.74 | 2,848.24 | 2,848.24 | 0.00 |
|  | Total Secured | 7,109.74 | 2,848.24 | 2,848.24 | 0.00 |
| 002 | ACADEMY COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLLECTECH SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AFNI/VERIZON | 388.21 | 388.21 | 10.08 | 0.00 |
| 009 | NICOR GAS | 494.48 | 494.48 | 12.85 | 0.00 |
|  | Total Unsecured | 882.69 | 882.69 | 22.93 | 0.00 |
|  | Grand Total: | 10,834.18 | 6,572.68 | 5,712.92 | 0.00 |

Total Paid Claimant: $5,712.92
Trustee Allowance: $337.08
Percent Paid Unsecured: 2.60

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008         By  /s/Heather M. Fagan